McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESCOTO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>  Defendant. | Case No. 1:07-cv-00472 SMS<br><br>**STIPULATION AND ORDER RE AMENDMENTS TO COMPLAINT** |

Plaintiff Carlos Escoto and defendant United States Department of Veterans Affairs hereby stipulate and agree as follows:

Recitals

1. On March 26, 2007, plaintiff filed his complaint. Defendant United States Department of Veterans Affairs answered the complaint on June 29, 2007.

2. An Initial Scheduling Conference was held on September 12, 2007, and both parties were in attendance (defendant's counsel appeared telephonically).

3. At the Initial Scheduling Conference, the parties agreed to prepare and file with the Court a stipulation to amend the complaint as set forth below.

////

////

Stipulation and Order Re Amendments to Complaint            1

Stipulation

WHEREFORE, the parties hereby stipulate and agree as follows:

A. Upon Court approval of this stipulation, the complaint will be amended to dismiss the United States Department of Veterans Affairs and to substitute in its place the United States as the proper defendant. Accordingly, the new caption in the case shall be as follows:

| CARLOS ESCOTO, | Case No. 1:07-cv-00472 SMS |
|---|---|
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

B. The complaint will be deemed further amended to remove the plaintiff's demand for a jury trial, which is not available under the FTCA pursuant to 28 U.S.C. § 2402.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: September 17, 2007    By:    /s/ *Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

LAW OFFICES OF DAVID J. ST. LOUIS, INC.

Dated: September 17, 2007    By:    /s/ *Lynette Diane Hecker*
LYNETTE DIANE HECKER
Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   September 17, 2007**          /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Re Amendments to Complaint            2