McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESCOTO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:07-CV-00472 SMS<br><br>**STIPULATION EXTENDING DEADLINE FOR UNITED STATES TO FILE THIRD-PARTY COMPLAINT; ORDER**<br><br>**(see Note – last page)** |

    Plaintiff Carlos Escoto and defendant United States of America ("United States"), hereby stipulate and agree as follows:

**Recitals**

    1.    On March 26, 2007, plaintiff filed his Complaint for Medical Malpractice ("Complaint"), commencing this case.

    2.    In the parties' Joint Scheduling Report filed on August 28, 2007 [Docket No. 11], the United States reserved the right to join other parties based on information obtained in discovery or otherwise.

    3.    Paragraph 3.B of the Court's Scheduling Conference Order entered on September 14, 2007 [Docket No. 13], provides, in part, that "[t]he Parties have until December 3, 2007 to amend the pleadings, after which time no further joinder of parties or amendments to pleadings is permitted, except without leave of court, good cause having been shown."

4.  Since the entry of the Scheduling Conference Order, the United States has begun conducting its discovery in this case, which discovery remains ongoing, including by serving subpoenas on a number of medical providers, other than the VA Central California Health Care System ("VA"), that provided medical treatment to plaintiff during the period of time relevant to the Complaint.

5.  Based upon information recently received by the United States in response to its subpoenas, the United States has determined that it is necessary and appropriate to implead certain of plaintiff's non-VA medical providers as third-party defendants in this case.

6.  Under California law, "No action based upon the health care provider's professional negligence may be commenced unless the defendant has been given at least 90 days' prior notice of the intention to commence the action." Cal. Civ. Proc. Code § 364(a).

7.  Accordingly, prior to filing any third-party complaint against the medical providers, the United States must give the providers 90 days' notice of the United States' intent to file a third-party complaint.

8.  The current December 3, 2007 deadline for filing a third-party complaint set by the Scheduling Conference Order will not permit the United States to provide the 90 days' notice to the medical providers required by California law.

9.  The United States has requested that plaintiff agree to stipulate to extend the deadline for the filing of any third-party complaint by 120 days to allow time for the United States to comply with California's 90-day notice provision. Plaintiff agreed to stipulate to the United States' requested extension.

10. The parties believe that good cause for the requested extension exists because: (a) the United States believes that the joinder of additional parties is necessary for a complete resolution of the issues in this case; and (b) the requested extension will allow the United States to comply with its obligation to provide the required 90 days' notice to medical providers and to prepare and file its third-party complaint after the notice period has expired.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

**Stipulation**

WHEREFORE, the parties hereby stipulate and agree that deadline for the United States file a third-party complaint in this case shall be extended from December 3, 2007 to April 3, 2008.

If the Court grants the requested 120-day extension, the parties believe that good cause exists to continue the other deadlines set by the Scheduling Conference Order. In that event, the parties respectfully request that the Court provide them guidance regarding whether the Court would like to hold a status conference for purposes of setting new deadlines, or if the Court prefers that the parties submit a proposed amended scheduling order for the Court's review.

DATED:  November 30, 2007                McGREGOR W. SCOTT
                                         United States Attorney


                                         By:  /s/ Lynn Trinka Ernce
                                         LYNN TRINKA ERNCE
                                         Assistant United States Attorney


DATED:  November 30, 2007                LAW OFFICES OF DAVID J. ST. LOUIS, INC.


                                         By:  /s/ David J. St. Louis
                                         DAVID J. ST. LOUIS
                                         Attorneys for Plaintiffs

**IT IS SO ORDERED.  Note: a separate Order will be forthcoming with Amended Scheduling Conference dates.**


DATED:  12/3/2007                         /s/ Sandra M. Snyder
                                         SANDRA M. SNYDER
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com