IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESCOTO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF FRESNO, et al., ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> UNITED STATES OF AMERICA, ) <br>     Third-Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> PEACHWOOD MEDICAL GROUP ) <br> CLOVIS, INC., et al., ) <br>     Third-Party Defendants. ) <br> _____) | <u>OLD</u> CASE NO.: <br> 1:07-cv-00472-SMS <br> **ORDER OF RECUSAL** <br> <u>**NEW**</u> CASE NO.: <br> 1:07-cv-00472-GSA |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

IT IS FURTHER ORDERED that this case is reassigned to U. S. Magistrate Judge Gary S. Austin, for all intents and purposes,

1

including trial, as the parties consented to same (Consent Order Reassigning Case entry #16 on case docket, filed on September 25, 2007). Therefore, all future pleadings and/or correspondence shall hereinafter be numbered as:

**1:07-cv-00472-GSA**

Otherwise, use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed.

IT IS FURTHER ORDERED that all dates currently on Judge Snyder's calendar are hereby ordered Vacated. Parties have submitted an Stipulation Requesting Modification of Amended Scheduling Conference Order, which shall be forward to Judge Austin for his approval.

IT IS SO ORDERED.

**Dated:   June 18, 2008**                         /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

2