IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESCOTO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>PEACHWOOD MEDICAL GROUP CLOVIS, INC.; DENNIS A. NAKATA, M.D.; JEFFREY E. AOKI, M.D.; DENIS J. HENTRICH, P.A.,<br><br>    Third-Party Defendants.<br>_____ | **Old Case No. 1:07cv00472 GSA**<br>**New Case No. 1:07cv00472 TAG**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.

    The new case number shall be **1:07-cv-00472 TAG.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents

1

being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: **June 25, 2008**    /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2