UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESCOTO,                    ) | Case No. 1:07-cv-00472 AWI TAG |
|         Plaintiff,       ) | ORDER MODIFYING SCHEDULING |
|    vs.                              ) | CONFERENCE ORDER |
| UNITED STATES OF AMERICA,     ) | |
|         Defendant.    ) | |
| _____) | |
| UNITED STATES OF AMERICA,     ) | |
|         Third-Party Plaintiff, ) | |
|    vs.                              ) | |
| PEACHWOOD MEDICAL GROUP ) | |
| CLOVIS, INC., et al.,                 ) | |
|         Third-Party Defendants. ) | |
| _____) | |

A scheduling conference order was issued in this action on September 14, 2007 (Doc. 13), and amended on December 6, 2007 (Doc. 20). On April 3, 2008, a third-party complaint was filed against four third-party defendants (the "Peachwood defendants"). (Doc. 23). On June 12, 2008, the parties filed a stipulation requesting a further modification of the scheduling conference order, in light of the Peachwood defendants' appearances in the case. (Doc. 32).

The Court has read and considered the parties' stipulation, and makes the following order thereon:

1  The request to modify the scheduling conference order is granted, and the scheduling
2  conference order is amended as follows:
3      1. The non-expert discovery deadline is December 18, 2008.
4      2. Plaintiff's expert disclosure deadline is December 18, 2008.
5      3. Defendants' expert disclosure deadline is January 9, 2009.
6      4. The rebuttal expert disclosure deadline is January 23, 2009.
7      5. The expert discovery deadline is February 27, 2009.
8      6. The deadline to file non-dispositive motions is February 27, 2009, and the last
9  date for non-dispositive motion hearings is March 23, 2009.
10     7. The deadline to file dispositive motions is April 3, 2009, and the last date for
11 dispositive motion hearings is May 11, 2009.
12     8. The settlement conference is set on May 21, 2009 at 10:00 a.m.
13     9. The pretrial conference is set on June 26, 2009 at 8:30 a.m..
14     10. The court trial is set on August 18, 2009 at 8:30 a.m.
15     11. All non-dispositive motions will be heard by United States Magistrate Judge
16 Theresa A. Goldner, on Mondays at 9:00 a.m. in the United States District Court courtroom at
17 1300 18th Street, Suite A, Bakersfield, California, 93301.  Counsel must comply with Local Rule
18 37-251 with respect to discovery matters.  Counsel may appear telephonically, provided a written
19 request to appear is made to Judge Goldner's Courtroom Deputy, Alan Leon Guerrero, no later
20 than five court days prior to the noticed hearing date.  If two or more attorneys request to appear
21 telephonically, it shall be the responsibility of the moving party(ies) to make prior arrangements
22 for the conference call with an AT&T operator IF counsel do not have conference call
23 capabilities on their telephone systems, and to initiate the call to the Court.  Counsel may also
24 appear telephonically through Court Call, provided they make appropriate advance arrangements
25 through Court Call.  Questions related to Court Call procedures may be directed to Courtroom
26 Deputy Alan Leon Guerrero by telephone at 661-326-6620 or by email at:
27 aleonguerrero@caed.uscourts.gov.
28 ///

12. The settlement conference will be conducted by Magistrate Judge Goldner, in chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301. Any request to appear telephonically must be directed to Judge Goldner. The settlement conference statements may be delivered to the chambers in paper, or sent by e-mail to: tagorders@caed.uscourts.gov.

13. All dispositive motions shall be heard and the pretrial conference and the trial shall be conducted by United States District Judge Anthony W. Ishii, in Courtroom No. 2 at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, 93721. The parties are ordered to file a joint pretrial statement pursuant to Local Rule 281(a)(2), and to submit a digital copy in WordPerfect X3[1] format, directly to District Judge Ishii's chambers by email to: awiorders@caed.uscourts.gov.

14. Except as modified in this order, all other provisions of the scheduling conference order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **July 9, 2008**                             **/s/ Theresa A. Goldner**
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If WordPerfect X3 is not available to the parties, the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is acceptable.