IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESCOTO, | Case No. 1:07-cv-00472 AWI TAG |
|     Plaintiff, | **ORDER RECUSING JUDGE** |
|     v. | **ORDER DIRECTING CLERK OF COURT TO RANDOMLY REASSIGN THIS ACTION** |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |
| UNITED STATES OF AMERICA, | |
|     Third-Party Plaintiff, | |
|     v. | |
| PEACHWOOD MEDICAL GROUP CLOVIS, INC.; DENNIS A. NAKATA, M.D.; JEFFREY E. AOKI, M.D.; DENIS J. HENTRICH, P.A., | |
|     Third-Party Defendants. | |

Because of the appearance of impartiality, the undersigned deems it necessary to recuse himself in this action.  See  8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994). The Clerk of the Court is directed to reassign this action to another District Court Judge.

Accordingly, the court ORDERS that:

    1.    The undersigned is hereby RECUSED from this action;

    2.    The Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

Dated:   July 11, 2008         /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE