1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2720
   Facsimile:   (916) 554-2900
5
   Attorneys for Third-Party-Plaintiff
6  United States of America

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CARLOS ESCOTO, | Case No. 1:07-cv-00472 OWW TAG |
| 12          Plaintiff, | |
| 13      v. | |
| 14  UNITED STATES OF AMERICA, | |
| 15          Defendant. | |
| 16  | |
| 17  UNITED STATES OF AMERICA, | **STIPULATION TO DISMISS THIRD-PARTY DEFENDANT JEFFREY E. AOKI, M.D. WITH PREJUDICE** |
| 18          Third-Party Plaintiff, | |
| 19      v. | |
| 20  PEACHWOOD MEDICAL GROUP CLOVIS, INC.; DENNIS A. NAKATA, M.D.; JEFFREY E. AOKI, M.D.; DENIS J. HENTRICH, P.A., | |
| 21  | |
| 22          Third-Party Defendants. | |

23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, third-party plaintiff United States of America and third-party defendants Peachwood Medical Group Clovis, Inc., Dennis A. Nakata, M.D., Jeffrey E. Aoki, M.D., and Denis J. Hentrich, P.A., hereby stipulate and agree that third-party defendant Jeffrey E. Aoki, M.D. is dismissed from the third-party action with prejudice.

DATED:  January 7, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:   /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED:  January 7, 2009

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By:   /s/ Lawrence Edwin Wayte
LAWRENCE EDWIN WAYTE
Attorneys for Third-Party Defendants

**IT IS SO ORDERED.**

DATED:  January 9, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com